# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00804-CR
NO. 03-10-00811-CR

**Darrell Lynn Edison, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NOS. D-1-DC-10-907220 & D-1-DC-09-206713
HONORABLE WILFORD FLOWERS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Darrell Lynn Edison has filed a pro se notice of appeal in each of the above causes, seeking to appeal his convictions for the offenses of continuous violence against the family and possession with intent to deliver a controlled substance, methamphetamine. In each cause, the district court has certified that this is a plea-bargain case and that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeals.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed:   January 7, 2011

Do Not Publish